# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LORNE ST. CHRISTOPHER**                                                                                    **PLAINTIFF**

**v.**                           **Case No. 5:12-cv-00058-KGB**

**UNION PACIFIC RAILROAD COMPANY**                                                    **DEFENDANT**

## ORDER

Before the Court is defendant's motion for an independent mental examination (Dkt. No. 27). On May 17, 2013, defendant filed a supplement to that motion stating that plaintiff Lorne St. Christopher "has no objection to the proposed [independent mental examination]" (Dkt. No. 29). For good cause shown, defendant's motion for an independent mental examination is hereby granted (Dkt. No. 27). Defendant may conduct an independent mental examination of Mr. St. Christopher on the date, at the time, and at the place set forth in defendant's motion or as otherwise agreed to by the parties or ordered by this Court.

SO ORDERED this 21st day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE