**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LORNE ST. CHRISTOPHER**                                        **PLAINTIFF**

v.                  Case No. 5:12-cv-00058-KGB

**UNION PACIFIC RAILROAD COMPANY**                      **DEFENDANT**

**ORDER**

Before the Court is defendant's motion for clarification of time to respond to plaintiff's motion *in limine* (Dkt. No. 41). Defendant requests clarification from the Court that defendant's response to plaintiff's motion *in limine* is due August 11, 2014, pursuant to the Court's second amended final scheduling Order (Dkt. No. 38). Alternatively, defendant requests that the Court grant defendant an extension until June 28, 2014, to respond. In support of defendant's request for extension, defense counsel explains that he is currently preparing for a two week out-of-town trial that is scheduled to begin on February 18, 2014. Plaintiff objects to defendant's request for a 150 day extension to respond but does not object to a reasonable extension of time to respond in order to accommodate defense counsel's February trial.

For good cause shown, defendant's request for an extension of time to respond to plaintiff's motion *in limine* is granted. Defendant shall have up to and including March 21, 2014, to respond.

SO ORDERED this the 4th day of February, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE