**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LORNE ST. CHRISTOPHER**                                                           **PLAINTIFF**

**v.**                                    **Case No. 5:12-cv-00058-KGB**

**UNION PACIFIC RAILROAD COMPANY**                              **DEFENDANT**

<u>**ORDER**</u>

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 104).  Pursuant to Federal Rule of Civil Procedure 41(a), the Court dismisses all of plaintiff's claims with prejudice.  All pending motions are denied as moot.

SO ORDERED this the 18th day of August, 2014.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE